| | |
|---|---|
| 1 | Brent H. Blakely (SBN 157292) |
| 2 | bblakely@blakelylawgroup.com |
|   | Cindy Chan (SBN 247495) |
| 3 | cchan@blakelylawgroup.com |
|   | Jessica C. Covington (SBN 301816) |
| 4 | jcovington@blakelylawgroup.com |
|   | BLAKELY LAW GROUP |
| 5 | 1334 Parkview Avenue, Suite 280 |
|   | Manhattan Beach, California 90266 |
| 6 | Telephone: (310) 546-7400 |
|   | Facsimile: (310) 546-7401 |

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation, | CASE NO. 2:17-cv-02904-CBM-SKx |
| Plaintiff, | **ORDER RE PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** [JS-6] |
| v. | |
| DB SHOE COMPANY, LLC, a California Limited Liability Company; and DOES 1-10, inclusive, | |
| Defendant. | |

**WHERAS Plaintiff Deckers Outdoor Corporation** ("Deckers" or "Plaintiff") having filed a Complaint in this action charging **Defendant DB Shoe Company, LLC** ("Defendant" or "DB Shoe") with Patent Infringement of U.S Patent No. D500,400 arising from DB Shoe's distribution, advertising, marketing, offering for sale, and sale of footwear, identified by Style No. "FUZZ-01" (exemplar shown below and hereinafter "Accused Products")

 

**Design Patent D500,400**   **Infringing Outsole Design on Accused Products**

**WHEREAS**, the parties herein have simultaneously entered into a confidential Settlement Agreement and Mutual Release;

**WHEREAS** Defendant has stipulated to and the parties have agreed to the below terms of a permanent injunction, **IT IS HEREBY ORDERED** that:

1. Defendant and its agents, servants, successors and assigns are hereby immediately and permanently restrained and enjoined from:

   (a) Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing and/or incorporating in advertising or marketing the Accused Products;

   (b) Challenging the validity, enforceability, or Deckers' ownership of U.S Patent No. D500,400;

   (c) Knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 1(a) through 1(b) above.

2. This Court has jurisdiction over the parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

3. The execution of this stipulation shall serve to bind and obligate the parties hereto. However, dismissal with prejudice of this action shall not have

preclusive effect on those who are not a party to this action or who are not specifically released in the parties' written settlement agreement, all claims against whom Plaintiff expressly reserves.

4. Plaintiff and Defendant shall bear their own costs and attorneys' fees associated with this action.

5. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Stipulation/Order as well as the parties' confidential settlement agreement in connection with this action.

6. Except as otherwise provided herein, this action is fully resolved and dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: July 5, 2017

_____
Hon. Consuelo B. Marshall
**United States District Judge**